No. 164, Misc.  BRITT *v.* SMITH, SUPERINTENDENT. Supreme Court of Washington.  Certiorari denied.

No. 173, Misc.  CORDTS *v.* RAGEN, WARDEN.  Supreme Court of Illinois.  Certiorari denied.

No. 174, Misc.  SCHUMAN *v.* HEINZE, WARDEN.  District Court of Appeal, 3d Appellate District, of California.  Certiorari denied.

*Rehearing Denied.*

No. 157, October Term, 1939.  WEBER *v.* UNITED STATES, 308 U. S. 590.  Rehearing denied.

No. 788, October Term, 1948.  LATTA ET AL. *v.* WESTERN INVESTMENT CO. ET AL., 337 U. S. 940.  The motion for leave to file a second petition for rehearing is denied.

NOVEMBER 7, 1949.

*Per Curiam Decisions.*

No. 342.  VINSONHALER ET AL., DOING BUSINESS AS KGHI BROADCASTING SERVICE, ET AL. *v.* BEARD, COLLECTOR. *Per Curiam:* The appeal is dismissed for want of a substantial federal question.  *Crutcher* v. *Kentucky,* 141 U. S. 47.  MR. JUSTICE DOUGLAS took no part in the consideration or decision of this case.  *Bruce T. Bullion* and *Eugene R. Warren* for appellants.  *T. J. Gentry* for appellee.